# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Frank Locascio

            Petitioner

      V.

S. Spaulding

            Respondent

CIVIL ACTION

NO. <u>18cv12023-WGY</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>YOUNG DJ</u>,

    In accordance with the Court's ORDER on November 27, 2018, it is hereby ORDERED that the above-entitled petition be and hereby is dismissed.

                                           By the Court,

November 27, 2018                              /s/Matthew A. Paine

        Date                                                Deputy Clerk